UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: : | |
| : | Case No. 10-60951 |
| Jacqueline L. Tracey, : | Chapter 7 |
| : | Judge Hoffman |
| Debtor. : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of **$3.61** represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Verizon Wireless<br>PO Box 3397<br>Bloomington, Il  61702-3397 | 3 | $3.61 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $3.61 | $0 |

Dated: October 10, 2011                    /s/ Thomas McK. Hazlett
                                                              Thomas McK. Hazlett, Case Trustee

cc:  U. S. Trustee

###